| | | | |
|---|---|---|---|
| **DATE:** | April 2, 2025 | **CASE NO.:** | **USA V.** |
| **LOCATION:** | Texarkana | **4:21-cr-300(27)** | **SAVANNAH ASHLYN TURIC** |
| **JUDGE:** | **Robert W. Schroeder III** | | |
| **DEP CLERK:** | Shedera Combs | Counsel for Government: | Counsel for Defendant: |
| **REPORTER:** | Shelly Holmes | Lauren Richards | Matthew Hamilton |
| **USPO:** | Natalie Estrada | | |
| **INTERPRETER:** | n/a | | |

**SENTENCING HEARING HELD**   **BEGIN:** 2:33 p.m.  **ADJOURN:** 2:51 p.m.  **TOTAL TIME:** 18 minutes

**PRESENTENCE REPORT:** ✔ Adopted in Its Entirety
- ☐ Objections and Court Ruling
- ☐ PSR CHANGED AS FOLLOWS:

**PLEA AGREEMENT:** ✔ ACCEPTED   ☐ REJECTED
✔ Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49.

**CRIME VICTIMS:** ✔ NONE   ☐ Victims Addressed the Court:

**MOTIONS:** ✔ None
- ☐ Govt's Motion: ☐ GRANTED ☐ DENIED
- ☐ Dft's Motion: ☐ GRANTED ☐ DENIED
- ☐ Other:

**ALLOCUTION:** ✔ Dft DID allocute   ☐ Dft DID NOT allocute

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| 1 | 57 months | The term of imprisonment imposed by this judgment shall run consecutively to the defendant's imprisonment in any future state sentence for Aggravated Robbery, Docket No. F21-75861, in Criminal District Court No. 6, Dallas County. | | | $100.00 |
| | | The term of imprisonment imposed by this judgment shall run concurrently to the defendant's imprisonment in any future state sentence for Possession of a Controlled Substance, Docket No. F22-22237, in Criminal District Court No. 6, Dallas County. | ☐ Interest Waived | ☐ Interest Waived | |

## BOP RECOMMENDATIONS:

**DESIGNATION:**
- ✔ Substance Abuse Treatment
- ☐ Sex Offender Treatment
- ☐ Other:
- ✔ Mental Health Treatment
- ☐ Financial Responsibility
- ☐ NONE

## SUPERVISION:

**5 YEARS SUPERVISED RELEASE**
- ✔ Mandatory and Special Conditions as set forth in Presentence Report
- ☐ No Term of Supervision

Other Conditions

---

✔ **Dft advised of right to APPEAL & Court Appointed Counsel**

**REMAINING COUNTS:** ☐ NONE
✔ Govt moved to dismiss. Court granted.

**FORFEITURE:** N/A

## CUSTODY:

DEFENDANT REMANDED TO UNITED STATES MARSHAL